UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLEAR CAST GROUP, INC., | ) 1:09CV0169 |
| | ) |
| Plaintiff | ) |
| | ) JUDGE CHRISTOPHER BOYKO |
| v. | ) (Mag. Judge McHargh) |
| | ) |
| RITRAMA, INC., | ) |
| | ) |
| Defendant | ) MEMORANDUM |
| | ) <u>AND ORDER</u> |

McHARGH, MAG. J.

The plaintiff Clear Cast Group, Inc. ("CCG") filed a complaint in this court against defendant Ritrama, Inc. ("Ritrama"), and the parties have been embroiled in protracted discovery disputes. Most recently, the court held a telephone conference on Nov. 18, 2009, to discuss Ritrama's Nov. 16 communication to the court, requesting that the court establish deadlines "by which [CCG] must produce its expert damages report and respond to Ritrama's damages-related interrogatories."

In accordance with the discussion during the conference, the court directs Ritrama to provide CCG with the names of those customers (and, to the full extent possible, products sold to those customers) which Ritrama intends to assert under a defense of pre-existing relationship, on or before Friday, Nov. 27, 2009.

CCG is directed to produce its preliminary expert report on damages on or before Weds., Dec. 23, 2009. Ritrama shall produce its response to same on or before Monday, Jan. 25, 2010.

IT IS SO ORDERED.

Dated:  Nov. 19, 2009             /s/ Kenneth S. McHargh
                                  Kenneth S. McHargh
                                  United States Magistrate Judge